UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GWENDOLYN GARCIA,                    CASE NO.: 5:23-cv-00470

    Plaintiff,

v.

EAST COAST WAFFLES, INC.,

    Defendant.

_____/

## AMENDED COMPLAINT

The Plaintiff, GWENDOLYN GARCIA, by and through her undersigned counsel, sues the Defendant, EAST COAST WAFFLES, INC., a Foreign Profit Corporation, and alleges as follows in support thereof:

1) This action for damages exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, Plaintiff, GWENDOLYN GARCIA, was a natural person residing Ocala, Marion County, Florida.

3) At all times material to this action, Defendant, EAST COAST WAFFLES, INC., was a Foreign Profit Corporation, with its principal place of business in Norcross, Georgia, and doing business in Ocala, Marion County, Florida.

4) All other conditions precedent to the bringing of this action have been performed, have occurred or have been waived.

5) Venue is proper in the U.S. District Court for the Middle District of Florida, Ocala Division, because there is diversity between the parties, the amount in controversy exceeds $75,000.00, and the subject incident occurred in Marion County, Florida.

6) At all times material to this action, Defendant, EAST COAST WAFFLES, INC., maintained and was in possession and control of the Waffle House establishment located at 4011 SW College Road, Ocala, Florida 34474.

7) On or about October 15, 2022, while the Plaintiff, GEWENDOLYN GARCIA, was lawfully on the premises located at the above address as a business invitee, the Plaintiff walked out of the entrance/exit door and fell due to a sidewalk/ramp/curb-edge and change in elevation that was allowed to exist in a hazardous and/or dangerous condition on the Defendant, EAST COAST WAFFLES, INC.'s, premises, and, as a result, fell and sustained severe bodily injury.

8) At all times material hereto, the Defendant, EAST COAST WAFFLES, INC., had a duty to its invitees, including the Plaintiff, GWENDOLYN GARCIA, to maintain its premises, including the path of travel into and out of the premises, in a responsibly and reasonably safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

9) At the above time and place, the Defendant, EAST COAST WAFFLES, INC., breached its duties owed to the Plaintiff, GWENDOLYN GARCIA, by committing one or more of the following omissions or commissions:

  a. Negligently failing to construct, design, maintain and/or adequately maintain the sidewalk, ramp and/or curb area located at the front of the entrance/exit door, thus creating an unreasonably dangerous condition to guests, including the Plaintiff.

  b. Negligently failing to inspect or adequately inspect the sidewalk, ramp and/or curb area located at the front of the entrance/exit door, to ascertain whether the area constituted a hazard to guests, thus creating an unreasonably dangerous condition to guests, including the Plaintiff;

  c. Negligently failing to warn or adequately warn the Plaintiff of the danger of the sidewalk, ramp and/or curb area located at the front of the entrance/exit door, when the Defendant knew or through exercise of reasonable care should have known that said areas were unreasonably dangerous and that the Plaintiff was unaware of the same; and

  d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the sidewalk, ramp and/or curb area located at the front of the entrance/exit door at Defendant's premises, when this condition was either known to the Defendant or had existed for a sufficient length of time such that the Defendant should have known of same had the Defendant exercised reasonable care.

  e. Negligently and failing to ensure the unreasonably dangerous condition of the sidewalk, ramp and/or curb area located at the

front of the entrance/exit door at Defendant's premises, was designed and/or constructed properly, or constructed as designed or planned.

10) As a result of the Defendant, EAST COAST WAFFLES, INC.'s, breach and/or multiple breaches, while the Plaintiff, GWENDOLYN GARCIA, was lawfully on the Defendant's premises, the Plaintiff fell, and as a consequence, sustained severe injuries.

11) As a direct and proximate cause of Defendant, EAST COAST WAFFLES, INC.'s, negligence, Plaintiff, GWENDOLYN GARCIA, suffered or incurred injuries included, without limitation, the following:

A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring;

B. Injuries, including permanent injuries, within a reasonable degree of medical probability, other than scarring or disfigurement;

C. Aggravation or activation of an existing disease or physical defect;

D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

E. Expenses of medical care and treatment in the past and in the future;

F. All losses are continuing and/or permanent.

**WHEREFORE**, Plaintiff, GWENDOLYN GARCIA, sues the Defendant, EAST COAST WAFFLES, INC., for personal injuries and damages, including the

losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 15th day of October, 2024.

DAN NEWLIN INJURY ATTORNEYS

*/s/ Joseph Scarpa, Jr.*
Joseph F. Scarpa, Jr., Esq.
Florida Bar No. 351880
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Telephone: 407-878-1670
Facsimile:  321-251-2515
SERVICE EMAILS:
Joseph.Scarpa@newlinlaw.com
Tanya.Rivera@newlinlaw.com
Sharon.White@newlinlaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of October, 2024, a true and correct copy of this Notice has been electronically filed with the Clerk of Court using the Federal Courts CM/ECF Filing system which will send an automatic copy to: **Kimberly E. Young, Esq. and Antonio J. Matos, Esq.,** Moore Ingram Johnson & Steele, LLP, 390 North Orlando Avenue, Suite 625, Orlando, Florida 32801. [Keyoung@mijs.com; Sbsalsburystemen@mijs.com; Orlservice@mijs.com; Ajmatos@mijs.com; Mbrewster@mijs.com].

DAN NEWLIN INJURY ATTORNEYS

*/s/ Joseph Scarpa, Jr.*
Joseph F. Scarpa, Jr., Esq.
Florida Bar No. 351880
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Telephone: 407-878-1670
Facsimile:  321-251-2515
SERVICE EMAILS:
Joseph.Scarpa@newlinlaw.com
Tanya.Rivera@newlinlaw.com
Sharon.White@newlinlaw.com
Counsel for Plaintiff